IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID MUSIL, Husband and Wife; and MARLA MUSIL, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>TRENTON AGRI PRODUCTS, LLC,<br><br>Defendant. | **4:17CV3109**<br><br>**ORDER** |

The court's scheduling order for this case states: "Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute." (Filing No. 24 at CM/ECF p. 2, ¶ 6). The purpose of this requirement is to limit motion practice in favor of first requiring candid discussions between counsel before contacting the court, and absent a resolution between counsel alone, then exploring potential resolution through court-facilitated discussions. Unnecessary written motion practice is both expensive and time-consuming, and it undermines the goal of securing "a just, speedy, and inexpensive determination" of this case. Fed.Civ.R.1. Plaintiffs did not comply with the court's order before filing a motion to compel.

In addition, Trenton Agri Products, LLC has moved for additional time to serve its expert disclosures, explaining Plaintiffs' expert disclosures were not served until May 31, 2018 (Filing No. 34). Plaintiffs' position on Trenton's motion is unknown.

Accordingly,

IT IS ORDERED:

1) Plaintiffs' motion to compel, (Filing No. 31), is denied.

2) Plaintiff's response to Defendant Trenton Agri Products, LLC's motion for additional time to serve its expert disclosures, (Filing No. 34), shall be filed on or before June 14, 2018, in the absence of which the motion will be deemed unopposed.

June 12, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge